\*\* **E-filed February 10, 2011** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIMBERLY SILVA, | No. C10-03945 HRL |
| Plaintiff, | **ORDER SETTING SHOW CAUSE HEARING RE: SETTLEMENT** |
| v. | |
| TARGET CORP., | **[Re: Docket No. 19]** |
| Defendant. | |

Plaintiff advises the Court that the parties have reached a settlement in the above-entitled action. Docket No. 19. On or before **April 19, 2011**, the parties shall file a voluntary dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by this date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **April 26, 2011 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

**IT IS SO ORDERED.**

Dated: February 10, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 | **C10-03945 HRL Notice will be electronically mailed to:**

2 | Gail C. Trabish           gtrabish@bjg.com, bbruessard@bjg.com
    Thomas Gerad Lewellyn     tlewellynlaw@sbcglobal.net

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

United States District Court
For the Northern District of California